# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CASE NO.: 3:09-CR-189-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SILAS JUNIOR MOBLEY, ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of a letter, received April 4, 2010 (Document No. 42), from Silas Junior Mobley, to Chief United States District Judge Robert Conrad (the "Letter"). In the Letter, Mr. Mobley, who is currently in custody, asks for a bond review hearing.

The record reflects that Mr. Mobley is represented by appointed counsel, Richard A. Culler. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Mobley has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. Mobley's request for a bond review hearing is **DENIED** without prejudice to his right to re-file the motion, if appropriate, through his attorney, Mr. Culler.

**SO ORDERED**.

Signed: April 6, 2010

David C. Keesler
United States Magistrate Judge