# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL DOCKET NO. 3:09CR189-RJC-DCK

| UNITED STATES OF AMERICA | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | **O R D E R** |
| | } | |
| SILAS JUNIOR MOBLEY | } | |
| Defendant | } | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Join In Motions Of Co-Defendants" (Document No. 79), filed by the Defendant, Silas J. Mobley, on August 4, 2010. The Government has not yet responded, but in light of the imminent trial date in the case, the Court concludes immediate disposition is appropriate. Having carefully considered the matter, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that the "Motion To Join In Motions Of Co-Defendants" (Document No. 79)" is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that, consistent with the Standard Criminal Discovery Order in the case (Document No. 18), the Defendant, Silas J. Mobley, shall be allowed to join in any motions filed by any co-defendants.

Signed: August 5, 2010

David C. Keesler
United States Magistrate Judge